UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,[1]<br>dba COIN CLOUD,<br><br>                Debtor. | BK-23-10423-mkn<br><br>Chapter 11<br><br>Adversary Proceeding: 23-01010-mkn |
| CASH CLOUD, INC. dba COIN CLOUD, et al,<br>                Plaintiff<br>vs<br>COLE KEPRO INTERNATIONAL, LLC, et al,<br>                Defendant | CERTIFICATE OF SERVICE |

I, Angela Tasi, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On February 13, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on Cole Kepro International, LLC, Attn: Andrew Cashin at info@colekepro.com:

- **Complaint for Declaratory Judgment Determining the Validity and Extent of Cole Kepro International LLC's Security Interest** (Docket No. 1)

- **Summons and Notice of Scheduling Conference in an Adversary Proceeding** (Docket No. 4)

- **United States Bankruptcy Court District of Nevada Adversary Proceeding Procedures** (Attached as **Exhibit B**)

Dated: February 13, 2023

                                                                       /s/ Angela Tsai
                                                                      Angela Tsai
                                                                       STRETTO
                                                                       410 Exchange, Suite 100
                                                                       Irvine, CA 92602
                                                                       Telephone: 720-792-9194
                                                                       Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is 10190 Covington Cross Dive, Las Vegas, NV 89144.

# **<u>Exhibit A</u>**



### Exhibit A
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Cole Kepro International, LLC | Attn: Andrew Cashin | 4170-103 Distribution Circle | | North Las Vegas | NV | 89030 |
| Cole Kepro International, LLC | c/o CT Corporation System, Registered Agent | 701 S. Carson Street | Ste 200 | Carson City | NV | 89701 |
| Cole Kepro International, LLC | c/o Mason Peng, Manager | 2151 Central Avenue | | St. Petersburg | FL | 33713 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

Page 1 of 1

# **Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**<u>ADVERSARY PROCEEDING PROCEDURES</u>**

The court will electronically issue a summons for electronic filers or "e-filers." The clerk will continue to issue a paper summons for those attorneys or parties who are not e-filers. The required "Standard Discovery Plan or Request for Waiver of Filing Discovery Plan" document is available on the court's website. The summons will contain the date and time of the initial Scheduling Conference.

Unrepresented parties should visit the court's website at www.nvb.uscourts.gov, and read the information under the "Don't Have An Attorney?" section.

The Plaintiff must serve, with the Summons and Adversary Complaint, the Standard Discovery Plan or Request for Waiver of Filing Discovery, and a copy of this Adversary Proceeding Procedures sheet.

A. ***Meet and Confer Immediately After Answering.*** Within thirty (30) days after the first defendant has answered or otherwise appeared, the parties must meet and confer as required by Fed. R. Bankr. P. 7026 and Local Rule 7026. No later than 14 days after the initial meeting, the parties must complete and submit a discovery plan or, if applicable, file a request for a waiver.

B. ***Attendance at Scheduling Conference.*** Unless otherwise excused by order of the court, all attorneys and all unrepresented parties *must* attend all scheduling and status conferences, including the first scheduling conference. After the first scheduling conference, the court will approve, disapprove, or modify the discovery plan and enter other orders as appropriate. At any time, on request of a party or on its own, the court may order and schedule a conference of all of the parties to discuss the provisions of the discovery plan or scheduling order.

C. ***Motions***. All motions to amend the pleadings pursuant to Fed. R. Bankr. P. 7015 and/or to join parties pursuant to Fed. R. Bankr. P. 7019 must be filed in time to be heard no later than the close of discovery. If an amendment or joinder is allowed, and unless the court orders otherwise, discovery will be extended for an additional 45 days from the original date for the close of discovery. This type of an extension is for the limited purpose of conducting discovery only with respect to the amendment or joinder.

Unless the parties otherwise agree, and the court approves the parties' agreement, all potentially dispositive motions with respect to any or all issues, must be filed no later than the close of discovery. It is counsel's responsibility to ensure that, regardless of the date filed, any dispositive motion is heard before the scheduled trial date.

Motions in limine must be filed according to the timelines set forth in the court's scheduling order. No reply will be permitted unless requested by the court.

D. ***Discovery***. Unless the parties otherwise agree, and the court approves that agreement, all discovery must be completed no later than 120 days after the answer is filed or after the first appearance by the first defendant. All discovery must be conducted in accordance with the Federal Rules of Bankruptcy Procedure and applicable Local Rules of Bankruptcy Practice.

E. ***Pre-Trial Conference.*** The court normally will enter an order regarding pre-trial and trial for the case. This type of order usually provides for, among other things, a pre-trial conference, as well as the content and timing for any trial statements. All attorneys and all unrepresented parties must attend any pre-trial conference.

F. ***Trial Preparation.*** Unless otherwise ordered by the court, no later than the day before trial, the parties will mark the exhibits and supplement any trial statements. Sanctions may be imposed if, without good cause, a party fails to stipulate to an exhibit.

1

G.     ***Settlement Conferences.*** The court is willing, at the parties' request, to participate in one or more settlement conferences. Unless otherwise ordered by the court, all parties and all attorneys must be present at any settlement conference.

Updated 2/20

NVB 7026 (Rev. 6/16)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \* \* \*

| | |
|---|---|
| In re<br><br>_____ **Debtor(s).**<br><br><br>_____ **Plaintiff(s),**<br>vs.<br><br>_____ **Defendant(s)** | BK:<br>Chapter:<br>Adv. No.:<br><br>**STANDARD DISCOVERY PLAN**<br>**OR**<br>**REQUEST FOR WAIVER OF**<br>**FILING DISCOVERY PLAN** |

1. **Discovery Plan**

      ____ **Request for waiver of requirement to prepare and file a formal discovery plan.**

   The parties certify that all discovery can be completed informally, without the need of court intervention and in conformance of the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, **or**

      **A discovery plan is needed or useful in this case.** Check one:

         ____ The parties agree to the standard discovery plan. The first defendant answered or otherwise appeared on _____ . Discovery shall be completed within _____ days, measured from the date the first defendant answered or otherwise appeared. Discovery will close by _____ .

1

1     \_\_\_\_ The parties jointly propose to the court the attached discovery plan and
2 scheduling order. (Use Official Form 35 to the Federal Rules of Civil Procedure.)
3     \_\_\_\_ The parties cannot agree on a discovery plan and scheduling order. The
4 attached sets forth the parties' disagreements and reasons for each party's position. (Use Official
5 Form 35 of the Federal Rules of Civil Procedure.)
6 **Complete parts 2 - 6.**
7 **2.**     **Nature of the Case.** Brief description of the nature of the case, i.e., dischargeability,
8 denial of discharge, turnover, contract, etc. _____
9 _____
10 **3.**     **Jury Trials:** Check one:
11     \_\_\_\_ A demand for a jury trial has not been made
12     \_\_\_\_ A demand for a jury trial has been made pursuant to Fed. R. Civ. P. 38(b), and in
13 conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant
14 to 28 U.S.C. § 157(e).
15     \_\_\_\_ It is expressly understood by the undersigned parties they have demanded a jury
16 trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, and have consented to a
17 jury trial pursuant to 28 U.S.C. § 157(e).
18     An original and two (2) copies of all instructions requested by either party shall be
19 submitted to the clerk for filing on or before _____.
20     An original and two (2) copies of all suggested questions of the parties to be asked of the
21 jury panel by the court on voir dire shall be submitted to the clerk for filing on or before
22 _____.
23 **4.**     **Additional Pleadings.** Are there any counterclaims, cross claims or amendments to the
24 pleadings expected to be filed?
25     _____ Yes
26     _____ No
27
28

1  5.    **Settlement Conference**

2        _____ A settlement conference is requested.

3  If checked, a settlement conference is requested no earlier than _____.

4        _____Settlement cannot be evaluated prior to additional discovery. The parties

5  may later request a settlement conference.

6  **6.    Trial**

7        The case should be ready for trial by _____ and should take

8  _____ day(s).

9  **7.**    All parties ☐ consent/ ☐ do not consent to this court entering final judgment.

11  Dated: _____        Dated: _____

13  _____        _____
Signature of Counsel for Plaintiff(s)        Signature of Counsel for Defendant(s)

14  Type Name, Address and                     Type Name, Address and Telephone
Telephone Number of Counsel                Number of Counsel

3