Ogonna Brown, Bar No. 7589
obrown@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8200
Fax:    702.949.8398

Paul R. Hage (admitted pro hac vice)
Richard Kruger (admitted pro hac vice)
phage@taftlaw.com
rkruger@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
27777 Franklin Road Suite 2500
Southfield, MI 48034
Tel:    248.727.1543

*Attorneys for Cole Kepro International, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> CASH CLOUD, INC., dba COIN CLOUD, <br><br><br> Debtor. | Case No. 23-10423-MKN <br><br> Chapter 11 |
| CASH CLOUD, INC., dba COIN CLOUD, <br><br> Plaintiff, <br><br> v. <br><br> COLE KEPRO INTERNATIONAL, LLC, <br><br> Defendant. | Adversary No.: 23-01010-mkn <br><br> **STIPULATION (FIRST) TO EXTEND DEADLINE FOR RESPONSIVE PLEADING TO COMPLAINT FOR DECLARATORY JUDGMENT DETERMINING THE VALIDITY AND EXTENT OF COLE KEPRO INTERNATIONAL LLC'S SECURITY INTEREST** <br><br> Judge: Hon. Mike K. Nakagawa |

IT IS STIPULATED AND AGREED by Cole Kepro International, LLC ("Creditor"), by and through its undersigned counsel, and Cash Cloud, Inc. ("Cash Cloud," "Plaintiff," or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel (collectively, the "Parties") that:

120474874.1

1. On February 7, 2023, the Debtor filed for Chapter 11 Bankruptcy relief, which Chapter 11 Case is pending as Case No. BK-S-23-10423-MKN in the United States Bankruptcy Court for the District of Nevada ("Petition") (ECF No. 1)[1]

2. On February 7, 2023, the Debtor filed an Adversary Complaint for Declaratory Judgment Determining the Validity and Extent of Cole Kepro International LLC's Security Interest ("Complaint") against Cole Kepro, currently pending as Adversary Case No. 23-01010-MKN (Adv. ECF No. 1).

3. The Parties agree to extend the deadline for Cole Kepro to file a responsive pleading to the Complaint for an additional thirty (30) days by April 10, 2023.

**IT IS SO STIPULATED.**

Dated: March 13, 2023.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: _Ogonna Brown_
Ogonna Brown, (Nevada NBN: 7589)
obrown@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200

**TAFT STETTINIUS & HOLLISTER LLP**

Paul R. Hage (admitted pro hac vice)
Richard Kruger (admitted pro hac vice)
phage@taftlaw.com
rkruger@taftlaw.com
27777 Franklin Road Suite 2500
Southfield, MI 48034
Tel: 248.727.1563

*Attorneys for Cole Kepro International, LLC*

Dated: March 13, 2023.

**FOX ROTHSCHILD LLP**

By: _Brett A. Axelrod (with permission)_
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*

---

[1] All references to "ECF No." and "Adv. ECF No." are to the number assigned to the documents filed in Case No. BK-S-23-10423-MKN and Adv. Case. No. 23-01010-MKN, respectively as they relate to Debtor as they appear on the main docket and adversary docket maintained by the clerk of court.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on this 13th day of March, 2023, I caused to be served a true and correct copy of the foregoing **STIPULATION (FIRST) TO EXTEND DEADLINE FOR RESPONSIVE PLEADING** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

　　　　　　　　　　　　　　　　　　　　 */s/ Renee Creswell*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　An employee of Lewis Roca Rothgerber Christie LLP

120474874.1

- 3 -