1  Ogonna Brown, Bar No. 7589
   obrown@lewisroca.com
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV  89169
   Tel:    702.949.8200
4  Fax:    702.949.8398

5  Paul R. Hage (admitted pro hac vice)
   Richard Kruger (admitted pro hac vice)
6  phage@taftlaw.com
   rkruger@taftlaw.com
7  TAFT STETTINIUS & HOLLISTER LLP
   27777 Franklin Road Suite 2500
8  Southfield, MI 48034
   Tel:    248.727.1543
9
   *Attorneys for Cole Kepro International, LLC*
10

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 23-10423-MKN |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | |
| CASH CLOUD, INC., dba COIN CLOUD, | Adversary No.: 23-01010-mkn |
| Plaintiff, | **NOTICE OF ENTRY OF ORDER GRANTING STIPULATION (FIRST) TO EXTEND DEADLINE FOR RESPONSIVE PLEADING TO COMPLAINT FOR DECLARATORY JUDGMENT DETERMINING THE VALIDITY AND EXTENT OF COLE KEPRO INTERNATIONAL LLC'S SECURITY INTEREST** |
| v. | |
| COLE KEPRO INTERNATIONAL, LLC, | |
| Defendant. | |
| | Judge: Hon. Mike K. Nakagawa |

**PLEASE TAKE NOTICE** that on March 13, 2023, the Court entered the *Order Granting Stipulation (First) to Extend Deadline for Responsive Pleading to Complaint for Declaratory Judgment Determining the Validity and Extend of Cole Kepro International LLC's Security Interest* (Adv. ECF No. 7), a copy of which is attached hereto as **Exhibit "1"**.

120539667.1

Dated: March 16, 2023.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: *Ogonna Brown*
Ogonna Brown, (Nevada NBN: 7589)
obrown@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200

**TAFT STETTINIUS & HOLLISTER LLP**

Paul R. Hage (admitted pro hac vice)
Richard Kruger (admitted pro hac vice)
phage@taftlaw.com
rkruger@taftlaw.com
27777 Franklin Road Suite 2500
Southfield, MI 48034
Tel: 248.727.1563

*Attorneys for Cole Kepro International, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on this 16th day of March, 2023, I caused to be served a true and correct copy of the foregoing **NOTICE OF ENTRY OF ORDER GRANTING STIPULATION (FIRST) TO EXTEND DEADLINE FOR RESPONSIVE PLEADING TO COMPLAINT FOR DECLARATORY JUDGMENT DETERMINING THE VALIDITY AND EXTENT OF COLE KEPRO INTERNATIONAL LLC'S SECURITY INTEREST** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

                                                                                           */s/ Renee Creswell*
                                                                                          An employee of Lewis Roca Rothgerber Christie LLP