# EXHIBIT 1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 13, 2023

Ogonna Brown, Bar No. 7589
obrown@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8200

Paul R. Hage (admitted pro hac vice)
Richard Kruger (admitted pro hac vice)
phage@taftlaw.com
rkruger@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
27777 Franklin Road Suite 2500
Southfield, MI 48034
Tel:    248.727.1543

*Attorneys for Cole Kepro International, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | |
| CASH CLOUD, INC., dba COIN CLOUD, | Adversary No.: 23-01010-mkn |
| Plaintiff, | **ORDER GRANTING STIPULATION (FIRST) TO EXTEND DEADLINE FOR RESPONSIVE PLEADING TO COMPLAINT FOR DECLARATORY JUDGMENT DETERMINING THE VALIDITY AND EXTENT OF COLE KEPRO INTERNATIONAL LLC'S SECURITY INTEREST** |
| v. | |
| COLE KEPRO INTERNATIONAL, LLC, | |
| Defendant. | |
| | Judge: Hon. Mike K. Nakagawa |

120474827.1

1   The Court having read and considered the *Stipulation (First) to Extend Deadline for Responsive Pleading to Complaint for Declaratory Judgment Determining the Validity and Extent of Cole Kepro International LLC's Security Interest* (the "Stipulation") (ECF No. 6) filed by the law firm of Lewis Roca Rothgerber Christie in connection with above-captioned adversary proceeding and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for Cole Kepro International LLC to file a responsive pleading to the Complaint is extended to April 10, 2023.

**IT IS SO ORDERED.**

Respectfully submitted

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

 /s/ Ogonna M. Brown
Ogonna M. Brown, Esq. (NBN 7589)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

# # #

120474827.1

- 2 -