
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
April 05, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| | Adversary No. 23-01010-MKN |
| Debtor. | |
| CASH CLOUD, INC., dba COIN CLOUD, | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |
| Plaintiff, | |
| v. | |
| COLE KEPRO INTERNATIONAL, LLC, | |
| Defendant. | |

144365707.1

1   The Stipulation To Dismiss Adversary Proceeding ("Stipulation") having been filed; the Court

2   having reviewed the Stipulation, and for good cause shown, it is hereby

3   **ORDERED** that this Complaint is dismissed, without prejudice, with each party bearing their

4   own costs; and

5   **ORDERED** that this adversary proceeding may be closed and all hearing dates vacated.

6   Submitted By:                                               Approved by:

7   **FOX ROTHSCHILD LLP**                          **LEWIS ROCA ROTHERGERBER CHRISTIE LLP**

9   By: /s/ Brett A. Axelrod                                By: /s/ Ogonna Brown
    Brett A. Axelrod (Nevada Bar No. 5859)        Ogonna Brown (Nevada Bar No. 7589)
10  1980 Festival Plaza Drive, Suite 700             3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89135                           Las Vegas, Nevada 89169
11  Telephone: (702) 699-5901                         Telephone: (702) 949-8200
    baxelrod@foxrothschild.com                       obrown@lrrc.com

13  *Counsel for Cash Cloud, Inc., dba Coin Cloud*    -and-

14                                                              **TAFT STETTINIUS & HOLLISTER, LLP**

15                                                              Paul R. Hage (admitted pro hac vice)
                                                                27777 Franklin, Suite 2500
16                                                              Southfield, MI 48034
                                                                Telephone: (248) 727-1543
17                                                              phage@taftlaw.com

18                                                              *Counsel for Cole Kepro International, LLC*

20                                          ###

144365707.1