BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| | Adversary No. 23-01010-MKN |
| Debtor. | |
| CASH CLOUD, INC., dba COIN CLOUD, | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |
| Plaintiff, | |
| v. | |
| COLE KEPRO INTERNATIONAL, LLC, | |
| Defendant. | |

///
///
///
///
///
///

144401836.1

**PLEASE TAKE NOTICE** that on the 5th day of April 2023, the Court entered an *Order Approving Stipulation To Dismiss Adversary Proceeding* [ECF 10], a copy of which is attached hereto.

Dated this 5th day of April, 2023.

           **FOX ROTHSCHILD LLP**

By     */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
*Counsel for Debtor*

144401836.1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
April 05, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| | Adversary No. 23-01010-MKN |
| Debtor. | |
| CASH CLOUD, INC., dba COIN CLOUD, | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |
| Plaintiff, | |
| v. | |
| COLE KEPRO INTERNATIONAL, LLC, | |
| Defendant. | |

144365707.1

The Stipulation To Dismiss Adversary Proceeding ("Stipulation") having been filed; the Court having reviewed the Stipulation, and for good cause shown, it is hereby

**ORDERED** that this Complaint is dismissed, without prejudice, with each party bearing their own costs; and

**ORDERED** that this adversary proceeding may be closed and all hearing dates vacated.

| Submitted By: | Approved by: |
|---|---|
| **FOX ROTHSCHILD LLP** | **LEWIS ROCA ROTHERGERBER CHRISTIE LLP** |
| By: /s/ Brett A. Axelrod | By: /s/ Ogonna Brown |
| Brett A. Axelrod (Nevada Bar No. 5859) | Ogonna Brown (Nevada Bar No. 7589) |
| 1980 Festival Plaza Drive, Suite 700 | 3993 Howard Hughes Parkway, Suite 600 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89169 |
| Telephone: (702) 699-5901 | Telephone: (702) 949-8200 |
| baxelrod@foxrothschild.com | obrown@lrrc.com |
| *Counsel for Cash Cloud, Inc., dba Coin Cloud* | -and- |
| | **TAFT STETTINIUS & HOLLISTER, LLP** |
| | Paul R. Hage (admitted pro hac vice) |
| | 27777 Franklin, Suite 2500 |
| | Southfield, MI 48034 |
| | Telephone: (248) 727-1543 |
| | phage@taftlaw.com |
| | *Counsel for Cole Kepro International, LLC* |

###

144365707.1